No. 178. WILLIAM SKINNER, APPELLANT, *v.* EDMUND WRIGHT, AS TRUSTEE, ETC. Appeal from the United States

624 OCTOBER TERM, 1909.

Cases Disposed of Without Consideration by the Court. 216 U. S.

Circuit Court of Appeals for the Second Circuit. February 21, 1910. Dismissed per stipulation. *Mr. Austin B. Fletcher* for the appellant. *Mr. Abram I. Elkus* for the appellee.

